ANNA L. HENDLEY, Appellant, *v.* DAW DRUG COMPANY, INC., Respondent.

Argued October 4, 1944; decided November 16, 1944.

*Harry A. Sessions* for appellant.

*Eric P. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.